UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:  
ELVIS S. SANTIAGO-DORTA  
MARILYN GARCIA-SOTO  
 Petitioner (s)

CASE NO: 11-01431 SEK  
CHAPTER 13

**NOTICE OF MODIFY PLAN**

TO THE HONORABLE COURT:

COME (S) NOW, debtor(s) through the undersigned attorney and respectfully state(s), allege(s) and pray(s) as follows:

1. Debtors original plan was dated and filed 02-24-2011 (docket #2)

2. That debtor(s) is submitting an amended plan dated April 20, 2011 with this Notice. Therefore debtor propose:

    a.   To eliminate liquidation value.

3. That the plan herein attached complies with the provisions of the Chapter 13 and all other applicable provisions of title 11 of the United States Code. The plan has been proposed in good faith and not by any means forbidden by law. The value as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claims is not less than the amount that would be paid on such claims if the estate of the debtor were liquidated under chapter 7 of the Bankruptcy Code on such date; and Debtor will be able to make all payments under the plan and to comply with the plan.

    WHEREFORE, it is respectfully requested from this Honorable Court to: ORDER THE CONFIRMATION OF DEBTOR(S) AMENDED PLAN ACCORDINGLY.

NOTICE

Within twenty (20) days after service as evidence by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law. (2) The requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the court may-in its discretion-schedule a hearing.

> WE HEREBY CERTIFY, that on this same date and by regular U.S. Mail, copy of this motion has been sent to Mr. Alejandro Oliveras-Rivera, Esq., Chapter 13 Trustee, P.O. Box 9024062, Old San Juan Station, San Juan, PR 00902-4062 and to all interested parties mentioned in attached master address list.

Respectfully Submitted

In Hatillo to San Juan, Puerto Rico, this April 20, 2011

HATILLO LAW OFFICE, PSC
PO BOX 678
HATILLO, PR 00659
Tel/Fax: (787) 262-4848
hatillolawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez,
USDC- PR 221011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:
ELVIS S. SANTIAGO-DORTA
MARILYN GARCIA-SOTO
Petitioner (s)

CASE NO: 11-01431 SEK

CHAPTER 13

## DEBTOR'S VERIFICATION

I (We) declare under penalty of perjury that I (we) had (have) read the foregoing motion and also has been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief.


/s/ ELVIS S. SANTIAGO-DORTA
    Date: 04-20-2011



/s/ MARILYN GARCIA-SOTO
    Date: 04-20-2011

United States Bankruptcy Court
District of Puerto Rico

IN RE: **SANTIAGO DORTA, ELVIN S & GARCIA SOTO, MARILYN**
Debtor(s)

Case No. **11-01431-13**
Chapter **13**

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/20/2011**
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ **270.00** x **12** = $ **3,240.00**
$ **320.00** x **48** = $ **15,360.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **18,600.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **18,600.00**

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

Signed: **/s/ ELVIN S SANTIAGO DORTA**
Debtor

**/s/ MARILYN GARCIA SOTO**
Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL**  Cr. **FIRST BANK**  Cr. _____
# **0077000403**  # **00738670765345**  # _____
$ **1.00**  $ **1.00**  $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**FIRST BANK     DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
POOL: $7,696.20
PRIORITIES: $0

1) DEBTORS SURRENDER ANY INTEREST IN FAVOR OF AEELA (SAVINGS, SHARES AND DEPOSITS).

2) TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR (S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE FUNDS.

Attorney for Debtor **Hatillo Law Office**     Phone: **(787) 262-4848**

CHAPTER 13 PAYMENT PLAN

# MASTER ADDRESS LIST

| | |
|---|---|
| **SANTIAGO DORTA, ELVIN S**<br>HC 04 BOX 45808<br>HATILLO, PR  00659 | **JC PENNEY**<br>GE MONEY BANK<br>PO BOX 960061<br>ORLANDO, FL  32896-0061 |
| **GARCIA SOTO, MARILYN**<br>HC 04 BOX 45808<br>HATILLO, PR  00659 | **LCDO LORENZO LLERANDI BEAUCHAMP**<br>PO BOX 306<br>ARECIBO, PR  00613 |
| Hatillo Law Office<br>PO Box 678<br>Hatillo, PR  00659-0678 | **ODALYS RIOS REYES**<br>URB JARDINES DE PALO BLANCO<br>L 11<br>ARECIBO, PR  00612 |
| **AEELA**<br>PO BOX 4508<br>SAN JUAN, PR  00936-4508 | **RAMON AGUILAR RIVERA**<br>SECTOR LOS LLANOS<br>CALLE 5 D 9<br>ARECIBO, PR  00612 |
| **BANK OF AMERICA**<br>PO BOX 15019<br>WILMINGTON, DE  19886 | **RAUL CANDELARIA SANCHEZ**<br>URB JARDINES DE PALO BLANCO<br>L 11<br>ARECIBO, PR  00612 |
| **CHILDRENS PLACE**<br>CUSTOMER SERVICE<br>500 PLAZA DRIVE<br>SECAUCUS, NJ  07094 | **SALLIE MAE**<br>PO BOX 9500<br>WILKES BARRE, PA  18773-9500 |
| **DORAL FINANCIAL**<br>PO BOX 70308<br>SAN JUAN, PR  00936-8308 | **SEARS CREDIT CARD**<br>PO BOX 183081<br>COLUMBUS, OH  43218-3081 |
| **FIA CARD SERVICES**<br>PO BOX 15019<br>WILMINGTON, DE  19886-5019 | |
| **FIDELITY INVESTMENTS**<br>100 CROSBY PKWY KCL-L<br>COVINGTON, KY  49015 | |
| **FIRST BANK**<br>PO BOX 13817<br>SAN JUAN, PR  00908-3817 | |